FILED

2018 FEB 23 PM 12:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HARVEY TABB,<br><br>　　　　Defendant. | No. SA CR 18-00038 JLS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1343: Wire Fraud] |

The Acting United States Attorney charges:

[18 U.S.C. § 1343]

A. INTRODUCTORY ALLEGATION

1. At all times relevant to this Information, defendant HARVEY TABB ("TABB") operated a call room that promoted penny stocks in Santa Ana, California.

B. THE SCHEME TO DEFRAUD

2. Beginning in or around May 2015, and continuing to in or around April 2016, in Orange County, within the Central District of California, and elsewhere, defendant TABB and others, knowingly and with the intent to defraud, devised and executed a scheme to defraud and obtain money from investors by

1  means of materially false and fraudulent pretenses,
2  representations, and promises, and the concealment of material
3  facts in connection with a penny stock manipulation scheme.
4        3.   In carrying out the scheme, defendant TABB engaged in
5  the following fraudulent and deceptive acts, practices, and
6  devices, among others:
7             a.   Defendant TABB, and others at his call room,
8  contacted prospective investors to solicit them to buy stocks
9  traded on the Over-The-Counter Market, including companies with
10 stock symbols CGLD, CMRL, CRTL, and NHMD.
11            b.   Defendant TABB manipulated the price and volume
12 of the stocks by coordinating trades between the sellers of the
13 stock and the prospective investors.
14            c.   Defendant TABB agreed in advance with his co-
15 schemers, what the purchase price of the shares would be and
16 when the order to purchase the shares would be placed.
17            d.   Defendant TABB, with the intent to defraud,
18 caused investors to purchase the stock at the agreed-upon price
19 in the hopes that his co-schemers would be able to sell their
20 shares of stock.
21            e.   Defendant TABB did not disclose to investors that
22 he and his co-schemers were creating the volume in the market
23 and setting the sale price for the stock.
24            f.   In addition, defendant TABB did not disclose to
25 investors that defendant TABB kept money for himself and paid
26 others commissions from each sale of stock.
27
28

4. From this scheme, defendant TABB caused approximately $248,569.31 in loss.

## C. THE USE OF AN INTERSTATE WIRE

5. On or about July 30, 2015, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant TABB caused the transmission, by means of wire communication in interstate commerce, of a wire transfer of $4,000 from International Business Service, Inc.'s Comerica bank account to defendant TABB's Bank of America account (XXXXXX0941) in Irvine, California, which represented commissions to defendant TABB for the sale of CRTL stock.

SANDRA R. BROWN
Acting United States Attorney

*/s/ Joe McNally for*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Santa Ana Branch Office